**Order entered January 10, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01263-CV

### MARK JORDAN, Appellant

### V.

### JP BENT TREE, LP, JP ABERDEEN PARTNERS, LP, JP-2400 LAKESIDE, LP, RE CLOSING, LLC, AND JP-LAKESIDE JOINT VENTURE, Appellees

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-07168

## ORDER

Before the Court is appellant's unopposed motion for extension of time to file his brief.

We **GRANT** the motion and **ORDER** the brief received by the Clerk of the Court January 8, 2020 filed as of the date of this order.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE